**\*E-FILED ON 7/15/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPEFITTING INDUSTRY OF THE UNITED STATES AND CANADA, LOCAL NO. 393,<br><br>Petitioner,<br><br>v.<br><br>CLIMATE INDUSTRIAL ENGINEERING,<br><br>Respondent.<br>_____/ | No. C05-02120 HRL<br><br>**ORDER CONTINUING MOTION HEARING** |

Petitioner having advised the court that it has not yet effected service of the papers filed in this action, IT IS ORDERED THAT the July 26, 2005 hearing on petitioner's "Petition for Confirmation of Arbitration Award and Motion for Entry of Judgment on Arbitration Award" is **continued to September 13, 2005, 10:00 a.m. in Courtroom 2**.

Petitioner shall serve a copy of this order on respondent.

Dated: July 15, 2005

    /s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:05-cv-2120 Notice will be electronically mailed to:

2  Robert E. Jesinger     rjesinger@wmjpr.com, jchargin@wmjpr.com

3  Carol L. Koenig     ckoenig@wmjpr.com, ltodd@wmjpr.com

4  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.